# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WYCA | E2448876 | DOUG CARTER | 4648 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/20/2025 2:50AM
Offense Charged: ☒ USC
8 USC 1306(a)

Place of Offense: 150 E. B. STREET, CASPER, WY 82633

Offense Description: Factual Basis for Charge — HAZMAT ☐

FAILURE TO REGISTER

### DEFENDANT INFORMATION

Last Name: VALIENTE-GARCIA
First Name: FRANCISCO

[Remaining defendant information redacted]

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 20, 2025 while exercising my duties as a law enforcement officer in the _____ District of WYOMING

SEC Report of Investigation

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/20/2025
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/29/2025 15:55
CVB SCAN 05/29/2025 15:55